**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Maribel VERASTEGUI–ZAPATA,**
**Defendant–Appellant.**

**No. 07–40066**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Dec. 12, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before REAVLEY, BARKSDALE, and GARZA, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Maribel Verastegui–Zapata

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Verastegui–Zapata has been deported and has not filed a response. Our independent review of the record and counsel's brief discloses no non-frivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED in part as frivolous and in part as moot. *See* 5TH CIR. R. 42.2; *United States v. Rosenbaum–Alanis*, 483 F.3d 381, 383 (5th Cir.2007).

the limited circumstances set forth in 5TH CIR. R. 47.5.4.